GRAB AUTOMOTIVE CONCEPTS LLC
323 Lincoln Highway
Fairless Hills PA  19030

YSG0-20GR
ORG ID: 0028
EE ID: ▓▓▓    DD

CHRISTIAN DALESSIO
111 E WINONA AVE
NORWOOD PA  19074

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Christian Dalessio
111 E Winona Ave
Norwood, PA  19074
**Employee ID:** ▓▓▓

**Home Department:** 100 Employees

**Pay Period:** 04/24/25 to 04/30/25
**Check Date:** 05/02/25    **Check #:** 11093

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 138 | 172.07 | 9524.36 |
| Savg 872 | 516.20 | 1881.59 |
| **NET PAY** | **688.27** | **11405.95** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Commission | | | 750.00 | | 10988.32 |
| | | Total Hours | | | | | |
| | | Total Hrs Worked | | | | | |
| | | **Gross Earnings** | | | 750.00 | | 10988.32 |
| | | Bonus Reimburse | | | | | 594.00 |
| | | Expense Reimburs | | | 70.00 | | 1740.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 70.00 | | 2334.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 46.50 | 681.28 |
| | Medicare | | 10.87 | 159.33 |
| | Fed Income Tax | SMS | 50.80 | 730.60 |
| | PA Income Tax | | 23.03 | 337.40 |
| | PA Unemploy | | 0.53 | 7.76 |
| | **TOTAL** | | 131.73 | 1916.37 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **688.27** | **11405.95** |

Payrolls by Paychex, Inc.

**0028  YSG0-20GR**  Grab Automotive Concepts LLC • 323 Lincoln Highway • Fairless Hills PA  19030 • (215) 868-5268

GRAB AUTOMOTIVE CONCEPTS LLC
323 Lincoln Highway
Fairless Hills PA  19030

YSG0-20GR
ORG 100 Employees
EE ID: ███        DD

*Payrolls by Paychex, Inc.*

CHRISTIAN DALESSIO
111 E WINONA AVE
NORWOOD PA  19074

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Christian Dalessio
111 E Winona Ave
Norwood, PA  19074
**Employee ID:** ███

**Home Department:** 100 Employees

**Pay Period:** 04/10/25 **to** 04/16/25
**Check Date:** 04/18/25    **Check #:** 11058

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 138 | 25.00 | 9352.29 |
| Savg 872 | 75.00 | 1365.39 |
| **NET PAY** | **100.00** | **10717.68** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Commission | | | | | 10238.32 |
| | | **Total Hours** | | | | | |
| | | **Total Hrs Worked** | | | | | |
| | | **Gross Earnings** | | | | | 10238.32 |
| | | Bonus Reimburse | | | 100.00 | | 594.00 |
| | | Expense Reimburs | | | | | 1670.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 100.00 | | 2264.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | | 634.78 |
| | Medicare | | | 148.46 |
| | Fed Income Tax | SMS | | 679.80 |
| | PA Income Tax | | | 314.37 |
| | PA Unemploy | | | 7.23 |
| | **TOTAL** | | | 1784.64 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **100.00** | **10717.68** |

*Payrolls by Paychex, Inc.*

0028 YSG0-20GR  Grab Automotive Concepts LLC • 323 Lincoln Highway • Fairless Hills PA  19030 • (215) 868-5268

GRAB AUTOMOTIVE CONCEPTS LLC
323 Lincoln Highway
Fairless Hills PA  19030

ORG YSG0-20GR
LOC Employees
EE ID: ███    DD

*Payrolls by Paychex, Inc.*

CHRISTIAN DALESSIO
111 E WINONA AVE
NORWOOD PA  19074

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Christian Dalessio
111 E Winona Ave
Norwood, PA  19074
**Employee ID:** ███

**Home Department:** 100 Employees

**Pay Period:** 04/03/25 **to** 04/09/25
**Check Date:** 04/11/25    **Check #:** 11039

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 138 | 228.07 | 9327.29 |
| Savg 872 | 684.19 | 1290.39 |
| **NET PAY** | **912.26** | **10617.68** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Commission | | | 750.00 | | 10238.32 |
| | | **Total Hours** | | | | | |
| | | **Total Hrs Worked** | | | | | |
| | | **Gross Earnings** | | | 750.00 | | 10238.32 |
| | | Bonus Reimburse | | | 194.00 | | 494.00 |
| | | Expense Reimburs | | | 100.00 | | 1670.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 294.00 | | 2164.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 46.50 | 634.78 |
| | Medicare | | 10.88 | 148.46 |
| | Fed Income Tax | SMS | 50.80 | 679.80 |
| | PA Income Tax | | 23.03 | 314.37 |
| | PA Unemploy | | 0.53 | 7.23 |
| | **TOTAL** | | 131.74 | 1784.64 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **912.26** | **10617.68** |

*Payrolls by Paychex, Inc.*

0028 YSG0-20GR  Grab Automotive Concepts LLC • 323 Lincoln Highway • Fairless Hills PA  19030 • (215) 868-5268

GRAB AUTOMOTIVE CONCEPTS LLC
323 Lincoln Highway
Fairless Hills PA  19030

YSG0-20GR
ORG LOC: Employees
EE ID: ▉▉▉    DD

*Payrolls by Paychex, Inc.*

CHRISTIAN DALESSIO
111 E WINONA AVE
NORWOOD PA  19074

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Christian Dalessio | | |
| 111 E Winona Ave | | |
| Norwood, PA  19074 | | |
| **Employee ID:** ▉ | | |
| **Home Department:** 100 Employees | | |
| **Pay Period:** 03/27/25 **to** 04/02/25 | | |
| **Check Date:** 04/04/25   **Check #:** 11020 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 138 | 202.07 | 9099.22 |
| Savg 872 | 606.20 | 606.20 |
| **NET PAY** | **808.27** | **9705.42** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Commission | | | 750.00 | | 9488.32 |
| | | **Total Hours** | | | | | |
| | | **Total Hrs Worked** | | | | | |
| | | **Gross Earnings** | | | 750.00 | | 9488.32 |
| | | Bonus Reimburse | | | | | 300.00 |
| | | Expense Reimburs | | | 190.00 | | 1570.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 190.00 | | 1870.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 46.50 | 588.28 |
| | Medicare | | 10.87 | 137.58 |
| | Fed Income Tax | SMS | 50.80 | 629.00 |
| | PA Income Tax | | 23.03 | 291.34 |
| | PA Unemploy | | 0.53 | 6.70 |
| | **TOTAL** | | 131.73 | 1652.90 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **808.27** | **9705.42** |

*Payrolls by Paychex, Inc.*

0028  YSG0-20GR  Grab Automotive Concepts LLC • 323 Lincoln Highway • Fairless Hills PA  19030 • (215) 868-5268

GRAB AUTOMOTIVE CONCEPTS LLC
323 Lincoln Highway
Fairless Hills PA  19030

YSG0-20GR
ORG: 100 Employees
EE ID:          DD

NON-NEGOTIABLE

CHRISTIAN DALESSIO
111 E WINONA AVE
NORWOOD PA  19074

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Christian Dalessio
111 E Winona Ave
Norwood, PA  19074
**Employee ID:**

**Home Department:** 100 Employees

**Pay Period:** 03/20/25 **to** 03/26/25
**Check Date:** 03/28/25    **Check #:** 11001

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 138 | 688.26 | 8897.15 |
| **NET PAY** | **688.26** | **8897.15** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Commission | | | 750.00 | | 8738.32 |
| | | **Total Hours** | | | | | |
| | | **Total Hrs Worked** | | | | | |
| | | **Gross Earnings** | | | 750.00 | | 8738.32 |
| | | Bonus Reimburse | | | | | 300.00 |
| | | Expense Reimburs | | | 70.00 | | 1380.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 70.00 | | 1680.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 46.50 | 541.78 |
| | Medicare | | 10.88 | 126.71 |
| | Fed Income Tax | SMS | 50.80 | 578.20 |
| | PA Income Tax | | 23.03 | 268.31 |
| | PA Unemploy | | 0.53 | 6.17 |
| | **TOTAL** | | 131.74 | 1521.17 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **688.26** | **8897.15** |

GRAB AUTOMOTIVE CONCEPTS LLC
323 Lincoln Highway
Fairless Hills PA  19030

YSG0-20GR
ORG: 100 Employees
EE ID: ███    DD

*Payrolls by Paychex, Inc.*

CHRISTIAN DALESSIO
111 E WINONA AVE
NORWOOD PA  19074

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Christian Dalessio
111 E Winona Ave
Norwood, PA  19074
**Employee ID:** ███

**Home Department:** 100 Employees

**Pay Period:** 03/13/25 **to** 03/19/25
**Check Date:** 03/21/25    **Check #:** 10982

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 0.00 |
| Chkg 138 | 798.27 | 8208.89 |
| **NET PAY** | **798.27** | **8208.89** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---:|---:|---:|---:|---:|
| | Commission | | | 750.00 | | 7988.32 |
| | **Total Hours** | | | | | |
| | **Total Hrs Worked** | | | | | |
| | **Gross Earnings** | | | 750.00 | | 7988.32 |
| | Bonus Reimburse | | | 100.00 | | 300.00 |
| | Expense Reimburs | | | 80.00 | | 1310.00 |
| | **REIMB & OTHER PAYMENTS** | | | 180.00 | | 1610.00 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---:|---:|
| Social Security | | 46.50 | 495.28 |
| Medicare | | 10.87 | 115.83 |
| Fed Income Tax | SMS | 50.80 | 527.40 |
| PA Income Tax | | 23.03 | 245.28 |
| PA Unemploy | | 0.53 | 5.64 |
| **TOTAL** | | 131.73 | 1389.43 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | **798.27** | **8208.89** |

*Payrolls by Paychex, Inc.*

0028  YSG0-20GR  Grab Automotive Concepts LLC • 323 Lincoln Highway • Fairless Hills PA  19030 • (215) 868-5268

GRAB AUTOMOTIVE CONCEPTS LLC
323 Lincoln Highway
Fairless Hills PA  19030

YSG0-20GR
ORG 100-Employees
EE ID:               DD

CHRISTIAN DALESSIO
111 E WINONA AVE
NORWOOD PA  19074

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Christian Dalessio | | |
| 111 E Winona Ave | | |
| Norwood, PA  19074 | | |
| **Employee ID:** | | |
| **Home Department:** 100 Employees | | |
| **Pay Period:** 03/06/25 **to** 03/12/25 | | |
| **Check Date:** 03/14/25   **Check #:** 10963 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 138 | 718.26 | 7410.62 |
| **NET PAY** | **718.26** | **7410.62** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Commission | | | 750.00 | | 7238.32 |
| | | **Total Hours** | | | | | |
| | | **Total Hrs Worked** | | | | | |
| | | **Gross Earnings** | | | 750.00 | | 7238.32 |
| | | Bonus Reimburse | | | | | 200.00 |
| | | Expense Reimburs | | | 100.00 | | 1230.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 100.00 | | 1430.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 46.50 | 448.78 |
| | Medicare | | 10.88 | 104.96 |
| | Fed Income Tax | SMS | 50.80 | 476.60 |
| | PA Income Tax | | 23.03 | 222.25 |
| | PA Unemploy | | 0.53 | 5.11 |
| | **TOTAL** | | 131.74 | 1257.70 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **718.26** | **7410.62** |

*Payrolls by Paychex, Inc.*

0028 YSG0-20GR  Grab Automotive Concepts LLC • 323 Lincoln Highway • Fairless Hills PA  19030 • (215) 868-5268

GRAB AUTOMOTIVE CONCEPTS LLC
323 Lincoln Highway
Fairless Hills PA  19030

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

YSG0-20GR
ORG: 100 Employees
EE ID: ▮▮▮    DD

CHRISTIAN DALESSIO
111 E WINONA AVE
NORWOOD PA  19074

---

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Christian Dalessio | | |
| 111 E Winona Ave | | |
| Norwood, PA  19074 | | |
| **Employee ID:** ▮▮▮ | | |
| **Home Department:** 100 Employees | | |
| **Pay Period:** 02/27/25 **to** 03/05/25 | | |
| **Check Date:** 03/07/25   **Check #:** 10944 | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 0.00 |
| Chkg 138 | 612.46 | 6692.36 |
| **NET PAY** | **612.46** | **6692.36** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---:|---|---:|
| | | Commission | | | 600.00 | | 6488.32 |
| | | **Total Hours** | | | | | |
| | | **Total Hrs Worked** | | | | | |
| | | **Gross Earnings** | | | 600.00 | | 6488.32 |
| | | Bonus Reimburse | | | | | 200.00 |
| | | Expense Reimburs | | | 110.00 | | 1130.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 110.00 | | 1330.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---:|---:|
| | Social Security | | 37.20 | 402.28 |
| | Medicare | | 8.70 | 94.08 |
| | Fed Income Tax | SMS | 32.80 | 425.80 |
| | PA Income Tax | | 18.42 | 199.22 |
| | PA Unemploy | | 0.42 | 4.58 |
| | **TOTAL** | | 97.54 | 1125.96 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | **612.46** | **6692.36** |

*Payrolls by Paychex, Inc.*

0028 YSG0-20GR  Grab Automotive Concepts LLC • 323 Lincoln Highway • Fairless Hills PA  19030 • (215) 868-5268