Certificate Number: 16339-PAE-DE-039751030

Bankruptcy Case Number: 25-11807



16339-PAE-DE-039751030

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 9, 2025, at 11:41 o'clock PM EDT, Christian Dalessio completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 9, 2025                     By:     /s/Kelley Tipton

                                         Name:   Kelley Tipton

                                         Title:  Certified Financial Counselor